EUGENE J. FLYNN v. PATENT SCAFFOLDING Co., INC., Appellant, and FEDERAL CONSTRUCTION CORPORATION, Respondent.—

Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

HELEN FRENCH et al., Respondents, v. WHITE PLAINS HOSPITAL ASSOCIATION, Appellant, Impleaded with Another.—

No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

FLORENCE E. HARRISON et al., Respondents, v. SENATOR-RIDGE CORPORATION, Appellant.—

No opinion. Hagarty, Johnston, Taylor and Close, JJ., concur; Lazansky, P. J., dissents.

In the Matter of PAULINE ACERNO, Appellant. CALVARY CEMETERY et al., Respondents.—

No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

In the Matter of THE CITY OF NEW YORK, Relative to Acquiring Title to Real Property Required for the Opening and Extending of Connecting Highway, Borough of Queens. ALPHA SYNDICATE, INC., Appellant; THE CITY OF NEW YORK et al., Respondents.—

No opinion. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Accounting of LENA YURAN, as Administratrix of the Estate of HERMAN YURAN, Deceased, Appellant. LOUIS SCHAFFER et al., Respondents.—

No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.